Gary A. Waldron, Esq. (Bar No. 99192)
David I. Lipsky, Esq. (Bar No. 51009)
Jacob C. Gonzales, Esq. (Bar No. (235555)
**WALDRON & BRAGG, LLP**
23 Corporate Plaza Drive, #200
Newport Beach, California 92660-7901
Tel: (949) 760-0204; Fax: (949) 760-2507
E-Mail: gwaldron@waldronbragg.com

Kristin E. Hobbs, Esq.
**HOBBS LAW GROUP**
1340 East Route 66, Suite 200
Glendora, CA 91740
Tel: (626) 782-4520; Fax: (626) 782-6379
E-Mail: k.hobbs@hobbslawgroup.com

JS - 6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Attorneys for Plaintiff FREDERICK MEISEL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FREDERICK MEISEL,

  Plaintiff,

  v.

BANKERS LIFE & CASUALTY COMPANY; and DOES I through 40, Inclusive,

  Defendants.

**CASE NO. 12-cv-03719 MWF (MANx)**
Hon. Michael W. Fitzgerald

[Los Angeles County Superior Court Case No. BC 481646]

**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE**

*Action Filed: March 27, 2012*
*Trial Date:   January 8, 2013*

**GOOD CAUSE APPEARING, AND PURSUANT TO REQUEST FOR DISMISSAL BY THE PARTIES, IT IS ORDERED THAT:**

Consent to the Request for Dismissal with Prejudice is hereby given. Each party is to bear his or its costs and fees.

Dated: January 7, 2013            _____

Honorable Judge Michael W. Fitzgerald

Page -1-                             C:\Temp\notesC7A056\Prop. Ord re Vol.Dismissal.wpd

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE